**ORIGINAL**

Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

Attorneys for DFS Services LLC
incorrectly named in the complaint as
Discover Card Services, Inc.

FILED
NOV 0 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER CARD SERVICES, Inc.<br>And DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 07 CV 2138 WQH (BLM)<br><br>**NOTICE OF REMOVAL**<br><br>(San Diego County Superior Court Case No. 37-2007-00076045-CU-MC-CTL) |

DFS Services LLC incorrectly named in the Complaint as Discover Card Services, Inc. ("Discover"), by and through its undersigned counsel, as a Defendant in the action hereby removed pursuant to 28 U.S.C. 1441(a) and 1332 as described more particularly below, respectfully represents:

　　1.　　Discover is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business in Riverwoods, Illinois.

---

Notice of Removal

1

2. Plaintiff, James M. Kinder ("Kinder") is a resident of San Diego, California.

3. On or about October 7, 2007, Kinder filed a Complaint in the San Diego County Superior Court entitled *James M. Kinder v. Discover Card Services, Inc.*, which was assigned Case No. 37-2007-00076045-CU-MC-CTL. The Complaint seeks damages for Violations of the Telephone Consumer Protection Act of 1991 (47 USC Section 227 and 47 CFR Section 64.1200 - "TCPA").

4. In the Complaint, Kinder alleges that Discover made at least 78 calls to a paging service using an Automatic Telephone Dialing System and/or artificial or prerecorded voice.

5. In the Complaint, Kinder alleges that each call constituted three separate violations of the TCPA.

6. In the Complaint, Kinder alleges that he is entitled to an award of at least $500 and up to $1500 per violation of the TCPA.

7. Based on the allegations that there were 78 calls, three violations per call and damages of a minimum of $500 per violation, the amount in controversy, exclusive of interest and costs, is $117,000.

8. Based on the allegations that there were 78 calls, three violations per call and damages of a maximum of $1,500 per violation, the amount in controversy, exclusive of interest and costs, is $351,000.

9.   There is sufficient basis to remove the state court action pursuant to 28 USC 1441(a).

10.   This court has jurisdiction of the state court action pursuant to 28 USC 1332, and the action may therefore be removed to this court pursuant to 28 USC 1441(a).

11.   This notice of removal has been filed within thirty days of the commencement of the state court action.

12.   No previous notice of removal for the relief sought herein has been made to this or any other court.

13.   This Notice of Removal is accompanied by a copy of all process and pleadings filed in the state court action. Copies of the above-mentioned process and pleadings in the state court action are attached to this Notice of Removal. If additional documents relating to the state court action are required, Discover will submit such documents.

Dated: November 5, 2007

Bidna & Keys, APLC

By: _____
Harvey M. Moore
Attorneys for DFS Services LLC

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Discover Card Services, Inc. and Does 1 through 100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
James M. Kinder

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
07 OCT -1 PM 4:38
CLERK OF THE COURT
SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Diego Superior Court
330 W. Broadway
San Diego, CA 92101
Central Division

**CASE NUMBER:** *(Número del Caso):*
37-2007-00076045-CU-MC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Chad Austin, Esq.     619-297-8888     F 619-295-1401
3129 India St.
San Diego, CA 92103-6014
SBN 235457

DATE: OCT 0 1 2007            Clerk, by C. Selinsky, Deputy
*(Fecha)*                     *(Secretario)*               *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

[SEAL] Superior Court San Diego County, CA

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

| | | CM-010 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State bar number, and address):<br>Chad Austin, Esq.<br>3129 India St.<br>San Diego, CA 92103-6014<br>SBN 235457<br>TELEPHONE NO.: 619-297-8888     FAX NO.: 619-295-1401<br>ATTORNEY FOR (Name): James M. Kinder | | **FOR COURT USE ONLY**<br><br>07 OCT -1  4:38 |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Central Division | | |
| CASE NAME: Kinder v. Discover Card Services, Inc. | | |
| **CIVIL CASE COVER SHEET**<br>[X] Unlimited    [ ] Limited<br>(Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | **Complex Case Designation**<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER: 37-2007-00076045-CU-MC-CTL<br>JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)
   
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)
   
   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)
   
   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)
   
   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)
   
   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)
   
   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)
   
   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)
   
   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
   
   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)
   
   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [X] Other complaint (not specified above) (42)
   
   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 10-01-07

Chad Austin, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

07 OCT -1 PM 4:38

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 37-2007-00076045-CU-MC-CTL |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | Violations of Telephone Consumer Protection Act of 1991 |
| DISCOVER CARD SERVICES, Inc. and DOES 1 through 100, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2. Defendant DISCOVER CARD SERVICES, Inc. (hereinafter referred to as "Defendant"), was at all times herein mentioned a Delaware corporation, doing business in the County of San Diego, State of California.

3. Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants

-1-

1  is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as
2  herein alleged were proximately caused by their conduct.
3      4.    At all times herein mentioned each defendant was the partner, agent and employee
4  of each co-defendant herein and was at all times acting within the scope of such partnership, agency
5  and employment and each defendant ratified the conduct of each co-defendant herein.

### FIRST AND ONLY CAUSE OF ACTION
[Violation of Telephone Consumer Protection Act of 1991]

8      5.    Plaintiff realleges paragraphs 1 through 4 above and incorporates them herein by
9  reference.
10     6.    Plaintiff is bringing this action pursuant to the provisions of the Telephone Consumer
11 Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").
12     7.    Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code
13 makes it unlawful for any person to "Make any call (other than a call made for emergency purposes
14 or made with the prior express consent of the called party) using any automatic telephone dialing
15 system or an artificial or prerecorded voice...to any telephone number assigned to a paging service,
16 specialized mobile radio service, or other radio common carrier service, or any service for which the
17 called party is charged for the call."
18     8.    Defendants have been calling Plaintiff's number assigned to a paging service, using
19 an Automatic Telephone Dialing System and/or an artificial or prerecorded voice on at least 78
20 occasions within the statutory period of the last 4 years, pursuant to 47 U.S.C. § 1658. These 78
21 calls are only the calls known to Plaintiff at this time and Plaintiff states on information and belief,
22 without yet having the aid of full discovery, that it is quite likely that Defendant has made many
23 more violative calls to Plaintiff's number assigned to a paging service than the 78 of which he is
24 currently aware.
25     9.    Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal
26 Regulations requires that all prerecorded telephone messages disseminated within the United States
27 must "At the beginning of the message, state clearly the identity of the business, individual, or other
28 entity that is responsible for initiating the call. If a business is responsible for initiating the call, the

1 | name under which the entity is registered to conduct business with the State Corporation
2 | Commission (or comparable regulatory authority) must be stated."
3 |     10.    Defendants' illegal prerecorded message calls failed to comply with this requirement.
4 |     11.    Subdivision (b) (2) of Section 64.1200 of Title 47 of the Code of Federal
5 | Regulations requires that all prerecorded telephone messages disseminated within the United States
6 | must "state clearly the telephone number (other than that of the autodialer or prerecorded message
7 | player that placed the call) of such business, other entity, or individual. The telephone number may
8 | not be a 900 number or any number for which charges exceed local or long distance transmission
9 | charges. For telemarketing messages to residential telephone subscribers, such telephone numbers
10 | must permit any individual to make a do-not-call request during regular business hours for the
11 | duration of the telemarketing campaign."
12 |     12.    Defendants' illegal prerecorded message calls failed to comply with this requirement.
13 |     13.    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a
14 | private right of action in state court for violations of 47 U.S.C. §227 (b) (1) (A) (iii) and 47 C.F.R.
15 | §64.1200. Plaintiff is entitled to a minimum of $500.00 in statutory damages for each such violation.
16 | If the court finds that defendants' violations were willful or knowing, it may, in its discretion, award
17 | up to three times that amount.
18 |     WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as
19 | follows:
20 | On the FIRST AND ONLY CAUSE OF ACTION:
21 |     1.    For an award of $500.00 for each violation of 47 U.S.C. §227 and 47 C.F.R. §
22 |         64.1200;
23 |     2.    For an award of $1,500.00 for each such violation found to have been willful;
24 |     3.    For costs of suit herein incurred; and
25 |     4.    For such further relief as the Court deems proper.
26 | Dated: October 1, 2007
27 |     By: _____
28 |     CHAD AUSTIN, Esq.
    Attorney for Plaintiff JAMES M. KINDER

Case 3:07-cv-02138-DMS-MDD   Document 1   Filed 11/07/07   PageID.9   Page 9 of 12

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 685-6026 |

PLAINTIFF(S) / PETITIONER(S):   James M Kinder

DEFENDANT(S) / RESPONDENT(S):   Discover Card Services Inc

KINDER VS. DISCOVER CARD SERVICES INC

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER:<br>37-2007-00076045-CU-MC-CTL |
|---|---|

Judge: William R. Nevitt, Jr.                                   Department: C-64

**COMPLAINT/PETITION FILED:** 10/01/2007

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5120 Campus Drive, Newport Beach, CA 92660.

    On November 5, 2007, I served the foregoing document described as: **NOTICE OF REMOVAL** by placing ___ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

    Chad Austin, Esq.
    3129 India Street
    San Diego, CA 92103
    Tel: (619) 297-8888
    Fax: (619) 295-1401
    Counsel for Plaintiff

BY MAIL

[X]    As follows: I am "readily familiar" with the firm's practice of practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (VIA FACSIMILE) I caused the above-referenced document to be delivered via facsimile to the above-referenced facsimile numbers

[ ]    (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ]    (VIA OVERNIGHT DELIVERY) As follows: I am "readily familiar" with the firm's practice of practice of collection and processing documents for overnight delivery.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on November 5, 2007, at Newport Beach, California

    */s/ Janet Thompson*
    Janet Thompson

**PROOF OF SERVICE**

```
UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 144292      - BH
* * C O P Y * *
November 08, 2007
08:52:45

     Civ Fil Non-Pris
USAO #.: 07CV2138 CIVIL FILING
Judge..: WILLIAM Q HAYES
Amount.:              $350.00 CK
Check#.: BC#181513


Total-> $350.00


FROM: KINDER V. DISCOVER CARD
      CIVIL FILING
      BC#S 181513, 181535
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JAMES M. KINDER

**DEFENDANTS**
DISCOVER CARD SERVICES, INC., ETC.

**FILED NOV 07 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

**07 CV 2138 WQH (BLM)**

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Chad Austin, 3129 India St., San Diego, CA 92103 (619)297-8888

Attorneys (If Known)
Harvey M. Moore, Bidna & Keys, APLC, 5120 Campus Drive, Newport Beach, CA 92660

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 340 Marine | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **SOCIAL SECURITY** | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | | **FEDERAL TAX SUITS** | |
| | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1441(a) and 1332
Brief description of cause: Alleged violations of TCPA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 117,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 11/05/2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 144292   AMOUNT $350   11/7/07 BH   APPLYING IFP   JUDGE   MAG. JUDGE