Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

Attorneys for DFS Services LLC
incorrectly named in the complaint as
Discover Card Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER CARD SERVICES, Inc. And DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07 CV 2138 WQH (BLM)<br><br>**ANSWER TO COMPLAINT FOR DAMAGES** |

DFS Services LLC, incorrectly named in the Complaint as Discover Card Services, Inc. ("Discover"), for itself alone and for no other defendants, responds to Plaintiff's Complaint for Damages as follows:

1. Responding to Paragraph 1, Discover lacks sufficient information or belief to either admit or deny the allegations contained therein and, based thereon, denies the allegations contained therein.



Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

2. Responding to Paragraph 2, Discover denies, generally and specifically, the allegations contained therein.

3. Responding to Paragraph 3, Discover lacks sufficient information or belief to either admit or deny the allegations contained therein and, based thereon, denies the allegations contained therein.

4. Responding to Paragraph 4, Discover lacks sufficient information or belief to either admit or deny the allegations contained therein and, based thereon, denies the allegations contained therein.

5. Responding to Paragraph 5, Discover refers to and incorporates its responses to Paragraph 1-4, above, as though set forth in full herein.

6. Responding to Paragraph 6, admit.

7. Responding to Paragraph 7, Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code speaks for itself as to its content. There are no factual allegations to deny or admit contained in paragraph 7. Discover

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

denies the allegations contained therein to the extent they are inconsistent with Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code.

8. Responding to Paragraph 8, Discover lacks sufficient information or belief to either deny or admit the allegations contained therein and therefore denies, generally and specifically, the allegations contained therein.

9. Responding to Paragraph 9, Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal Regulations speaks for itself as to its content. There are no factual allegations to deny or admit contained in paragraph 9. However, Discover denies the allegations contained therein to the extent they are inconsistent with Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal Regulations.

10. Responding to Paragraph 10, Discover denies, generally and specifically, the allegations contained therein.

11. Responding to Paragraph 11, Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal Regulations speaks for itself as to its content. There are no factual allegations to deny or admit contained in paragraph 11.

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

However, Discover denies the allegations contained therein to the extent they are inconsistent with Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal Regulations.

12. Responding to Paragraph 12, Discover denies, generally and specifically, the allegations contained therein.

13. Responding to Paragraph 13, Subdivision (b)(3) of section 227 of title 47 of the United States Code speaks for itself as to its content. There are no factual allegations to deny or admit contained in paragraph 13. However, Discover denies the allegations contained therein to the extent they are inconsistent with Subdivision (b)(3) of section 227 of title 47 of the United States Code.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

14. The Complaint, and the claims asserted therein, fails to state facts upon which relief may be granted.

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

## SECOND AFFIRMATIVE DEFENSE

**(No Private Right of Action)**

15. There is no private right of action for the alleged violations of 47 CFR 64.1200.

## THIRD AFFIRMATIVE DEFENSE

**(Claims Brought in Bad Faith)**

16. The claims asserted by Plaintiff are fraudulent and made in bad faith.

## FOURTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

17. Plaintiff has failed to mitigate his alleged damages.

////

////

////

////

////

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

**FIFTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

18. Plaintiff has engaged in conduct and activities with respect to the subject of this action, and by reason of said activities and conduct, is estopped from asserting any claims for damages or seeking any other relief against Discover.

**SIXTH AFFIRMATIVE DEFENSE**

**(Fault of Others)**

19. Plaintiff acknowledged, ratified, consented to and/or acquiesced in the alleged acts or omissions, if any, of Discover, thus barring Plaintiff's recovery.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Fault of Others)**

20. The damages sustained by Plaintiff, if any, may have been caused, in whole or in part, by the negligence or fault of others, for which Discover is not liable or responsible.

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

**EIGHTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

21. The Complaint, and each claim for relief therein, is barred by the doctrine of unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

**(Reservation)**

22. Discover presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, and as yet unstated, affirmative defenses available. Defendant reserves herein the right to assert additional defenses in the event that the discovery indicates that they would be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Discover prays that Plaintiff take nothing by the Complaint and that judgment be entered in favor of Discover, including its attorneys fees and costs in this action.

Dated: November 29, 2007

Bidna & Keys, APLC

By: ______________________

Harvey M. Moore

Attorneys for DFS Services LLC

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030