Harvey M. Moore, #101128
Bidna & Keys, APLC
5120 Campus Drive
Newport Beach, CA 92660
Tel: (949) 752-7030
Fax: (949) 752-8770

Attorneys for DFS Services LLC
incorrectly named in the complaint as
Discover Card Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER CARD SERVICES, Inc. And DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 07 CV 2138 WQH (BLM)<br><br>**NOTICE OF MOTION; MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>(No Oral Argument Unless Requested by Court)<br><br>Date: February 19, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 4th Flr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on February 19, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard by the above entitled Court, located at 880 Front Street, 4th Floor, San Diego County, California 92101, defendant, DFS Services LLC incorrectly named in the complaint as Discover Card Services, Inc.("Discover"), will and does hereby move this Court for Partial Judgment on the Pleadings.





Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

Recycled Paper

Bidna & Keys
A Professional Law Corporation
5120 Campus Drive • Newport Beach, CA 92660 • (949) 752-7030

Discover requests that the Court grant its Motion for Partial Judgment on the Pleadings, pursuant to Fed.R.Civ.P. 12(c), and dismiss the claims filed by Plaintiff, James M. Kinder, that Discover violated the TCPA and 47 C.F.R. § 64.1200 because the "prerecorded message calls" Discover made to telephone number 619-999-9999 failed to identify Discover's business name and telephone number.

Discover's motion is based on this Notice of Motion and Motion, accompanying Memorandum of Points and Authorities, the pleadings and papers on file herein and such other matters as may be presented to the Court at or before the hearing on the Motion.

Dated: January 2, 2008

Bidna & Keys, APLC

By: /s/ Harvey M. Moore
Harvey M. Moore
Attorneys for DFS Services LLC