UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>         Plaintiff,<br><br>v.<br><br>DISCOVER CARD SERVICES, INC.<br>and DOES 1 through 100,<br>inclusive,<br><br>         Defendants. | Case No. 07cv2138-WQH (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL**<br>**EVALUATION CONFERENCE SETTING**<br>**CASE MANAGEMENT CONFERENCE** |

On January 9, 2008 at 1:30 p.m. the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Chad Austin, Esq. and Jim Kinder on behalf of Plaintiff and Harvey Moore, Esq. and Jason Collins on behalf of Defendants.

Settlement of the case could not be reached at the ENE. In light of the pending motion to consolidate this case with other cases in this district (see Case No. 07cv2132-DMS (AJB) at Doc. No. 14), the Court finds it appropriate to set a follow-up Case Management Conference.

Accordingly, a Case Management Conference shall be held on **March 4, 2008** at **2:00 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall**

**appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: January 10, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL