cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER,<br><br>Plaintiff,<br>v.<br><br>DISCOVER CARD SERVICES, INC., and DOES 1 through 100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.07cv2138 DMS (AJB)<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

Pursuant to the Low Number Order filed in the above entitled action, the Court schedules a telephonic Case Management Conference for ***March 10, 2008 at 9:30 a.m.*** Counsel for plaintiff shall initiate the conference call. The purpose of the conference is to schedule pretrial dates and deadlines as appropriate. Counsel only need participate.

IT IS SO ORDERED.

DATED: January 15, 2008



Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court