cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER,<br><br>Plaintiff,<br>v.<br><br>DISCOVER CARD SERVICES, INC., and DOES 1 through 100,<br><br>Defendants.<br>________________________________________ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.07cv2138 DMS (AJB)<br><br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Due to the continuance of defendant's Motion for Judgment on the Pleadings before Judge Sabraw to March 21, 2008, the telephonic Case Management Conference before Judge Battaglia is hereby continued from March 10, 2008 to ***March 28, 2008 at 9:00 a.m.*** Counsel for plaintiff shall initiate the phone call.

IT IS SO ORDERED.

DATED: January 23, 2008

[signature]

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court