**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES M. KINDER,<br>Plaintiff,<br>vs.<br>NATIONWIDE RECOVERY SYSTEMS, LTD.,<br>Defendant. | CASE NO. 07CV2132<br>**ORDER GRANTING DEFENDANT'S MOTION TO CONSOLIDATE ACTIONS** |

Pending before the Court is Defendant's motion to consolidate several related cases. The Court may exercise its discretion to consolidate cases when "actions before the court involve a common question of law or fact." Fed. R. Civ. Proc. 42(a)(1). Although each Defendant's alleged misconduct is factually distinct, the actions involve several common questions of law such that consolidation will "tend to avoid unnecessary costs or delay." *See Id.* The following actions shall be consolidated:

1. *Kinder v. Bankfirst*, Case No. 07cv877 DMS (AJB)
2. *Kinder v. Asset Acceptance, LLC,* Case No. 07cv2084 DMS (AJB)
3. *Kinder v. Astra Business Services, Inc.,* Case No. 07cv2091 DMS (AJB)
4. *Kinder v. Nationwide Recovery Systems, Ltd.,* Case No. 07cv2132 DMS (AJB)
5. *Kinder v. Discover Card Services, Inc.,* Case No. 07cv2138 DMS (AJB)
6. *Kinder v. Enhanced Recovery Corporation*, Case No. 07cv2152 DMS (AJB)
7. *Kinder v. Harrah's Entertainment, Inc., et al.,* Case No. 07cv2226 DMS (AJB)

**IT IS SO ORDERED.**

DATED: February 4, 2008

HON. DANA M. SABRAW
United States District Judge