# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

February 5, 2008

Attention counsel and pro se litigants:

RE: Kinder v Discover Card Services, Inc et al

You are hereby notified that as of 2/4/08 case 07cv2138-DMS-AJB was consolidated with lead case 07cv2132-DMS-AJB. The new case number for the above case is 07cv2132-DMS-AJB. Please include the lead case number on all further filings. ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 07CV2132-DMS-AJB.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ L Odierno
Deputy Clerk

cc: Clerk
Appropriate Courtroom Clerk
Chambers